

AUSA

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Mag. Case No. **'08 MJ 8455** |
| Plaintiff, ) | COMPLAINT FOR VIOLATION OF: |
| v. ) | Title 8, U.S.C., Section 1326 |
| Maria Bernardita ESPINOZA-Pareda, ) | Deported Alien Found In the United States |
| Defendant. ) | |

The undersigned complainant, being duly sworn, states:

On or about May 19, 2008, within the Southern District of California, defendant Maria Bernardita ESPINOZA-Pareda, an alien, who previously had been excluded, deported, or removed from the United States to Mexico was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States code, section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

Senior Patrol Agent

SWORN TO BEFORE AND SUBSCRIBED IN MY PRESENCE THIS 21st DAY OF MAY 2008.

PETER C. LEWIS
United States Magistrate Judge

UNITED STATES OF AMERICA
v.
Maria Bernardita ESPINOZA-Pareda

## STATEMENT OF FACTS

The complainant states that this complaint is based upon the statements of the apprehending Border Patrol Agent, A. Garcia, that the Defendant, Maria Bernardita ESPINOZA-Pareda, was found and arrested on May 19, 2008 east of the Calexico, California.

Agent Garcia was performing his assigned Border Patrol duties approximately 16 miles east of Calexico. Agent Garcia observed an individual identified as, Maria Bernardita ESPINOZA-Pareda, walking north from the All American Canal. Agent Garcia questioned ESPINOZA-Pareda as to her immigration status to be in the United States. Agent Garcia determined ESPINOZA-Pareda was a citizen of Mexico illegally in the United States. ESPINOZA-Pareda was placed under arrest and transported to the Calexico Border Patrol Station.

Record checks revealed that an Immigration Judge had ordered ESPINOZA-Pareda deported to Mexico from the United States on February 2, 2006. Record checks also revealed ESPINOZA-Pareda has an extensive criminal history.

There is no evidence ESPINOZA-Pareda has sought or received permission from the Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States.